**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |
|---|
| LAYAKIM SMALL, |
| Plaintiff, |
| v. |
| TONY N. BRAXTON, *et al.*, |
| Defendants. |

Civil Action No. 22-5313 (JXN)(MAH)

**ORDER**

<u>**NEALS**</u>, District Judge,

Before this Court is the Report and Recommendation ("R&R") entered on December 7, 2022, by the Honorable Michael A. Hammer ("Judge Hammer"), (ECF No. 11), recommending that Plaintiff Layakim Small's ("Plaintiff") Motion to Remand this action to the Superior Court of New Jersey, Law Division, Essex County (ECF No. 6), be granted. This Court Having reviewed the reasons set forth by Judge Hammer in the R&R and no objections being filed thereto, and for good cause shown,

**IT IS** on this 3rd day of January 2023,

**ORDERED** that the R&R of Judge Hammer, (ECF No. 11), is **ADOPTED** as the conclusions of law of this Court and Plaintiff's Motion to Remand (ECF No. 6), is **GRANTED**; it is further

**ORDERED** that this matter is hereby **REMANDED** to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**